IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-00443-LY |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant International Business Machines Corporation ("IBM" or "Defendant") moves for an extension of time, until July 12, 2018, to file a response to Plaintiff Jonathan Langley's Complaint. In support of this Unopposed Motion, IBM states as follows:

1. Plaintiff filed his Complaint on May 25, 2018. (ECF No. 1.)

2. Plaintiff served his Complaint on Defendant on May 31, 2018. Therefore, IBM's response to Plaintiff's Complaint is due on June 21, 2018.

3. IBM's counsel needs additional time to review the Complaint's allegations and to investigate the facts of the case in order to respond to Plaintiff's Complaint.

4. IBM's counsel conferred with Plaintiff's counsel on June 15, 2018, and Plaintiff's counsel does not oppose this motion for an extension.

5. Accordingly, IBM requests an additional twenty-one (21) days to respond to Plaintiff's Complaint, on or before July 12, 2018.

6. This is the first Motion for Extension of Time filed in this case, and granting it will not cause undue delay or unduly prejudice either of the Parties.

Therefore, IBM respectfully requests that the Court grant this Unopposed Motion and permit IBM until July 12, 2018 to answer or otherwise respond.

Dated:  June 18, 2018

Respectfully submitted,

/s/ *Brian M. Jorgensen*
Brian M. Jorgensen
(Texas Bar No. 24012930)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75204
Phone: (214) 969-3741
Fax: (214) 969-5100
bmjorgensen@jonesday.com

Alison B. Marshall*
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Phone: (202) 879-7611
Fax: (202) 626-1700
abmarshall@jonesday.com
**Motion for Admission Pro Hac Vice forthcoming*

*Attorneys for Defendant*
*International Business Machines Corporation*

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant has complied with the Court's meet and confer requirement. On June 15, 2018, IBM Counsel conferred via email with Heidi Coughlin regarding the extension sought in this Motion. Counsel responded that Plaintiff is not opposed to the relief sought in this Motion.

/s/ *Brian M. Jorgensen*
Brian M. Jorgensen

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Court and Plaintiff's counsel.

/s/ *Brian M. Jorgensen*
Brian M. Jorgensen