**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JONATHAN LANGLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00443-LY |
| | ) |
| INTERNATIONAL BUSINESS | ) |
| MACHINES CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Defendant International Business Machines Corporation ("IBM" or "Defendant") submits the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.  IBM certifies as follows: IBM has no parent corporation, and there is no publicly held corporation that owns 10% or more of IBM's stock.

Dated:  June 18, 2018				Respectfully submitted,

/s/ *Brian M. Jorgensen*
Brian M. Jorgensen
(Texas Bar No. 24012930)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75204
Phone: (214) 969-3741
Fax: (214) 969-5100
bmjorgensen@jonesday.com

Alison B. Marshall*
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Phone: (202) 879-7611
Fax: (202) 626-1700
abmarshall@jonesday.com
**Motion for Admission Pro Hac Vice forthcoming*

*Attorneys for Defendant
International Business Machines Corporation*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 18, 2018, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Court and Plaintiff's counsel.

                                            /s/ *Brian M. Jorgensen*
                                            Brian M. Jorgensen