THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN LANGLEY | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 1:18-CV-00443-LY |
| | § | |
| INTERNATIONAL BUSINESS MACHINES | § | |
| CORPORATION | § | |
|     Defendant | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE

CAME ON to be heard Plaintiff Jonathan Langley's to File Exhibit Under Seal at request of Defendant International Business Machines Corporation. After considering said motion and the response of Plaintiff, if any, the Court is of the opinion that the Motion should be granted.

It is therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff Jonathan Langley's Motion is GRANTED and Exhibit 3 to Document 21 shall be filed under seal.

SIGNED this _____ day of _____, 2018.

_____
JUDGE PRESIDING