IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-00443-LY |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Joanne R. Bush of the Jones Day law firm, with offices located at 717 Texas, Suite 3300, Houston, Texas 77002, hereby appears on behalf of Defendant International Business Machines Corporation.

I hereby certify that I am admitted to practice before this Court.

Dated:  April 15, 2019

Respectfully submitted,

/s/ *Joanne R. Bush*
Joanne R. Bush
jrbush@jonesday.com
Texas State Bar No. 24064983
JONES DAY
717 Texas, Suite 3300
Houston, Texas  77002
Phone: (832) 239-3939879-7611
Fax: (832) 239-3600

*Attorney for Defendant*
*International Business Machines Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing with the Clerk of the District Court of the Western District of Texas using the CM/ECF system, which will send notification to the participants in the case who are registered CM/ECF users.

                                                        /s/ *Joanne R. Bush*
                                                        Joanne R. Bush