IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JONATHAN LANGLEY, §
      PLAINTIFF, §
§
V. §
§ CIVIL NO. 1:18-CV-443-LY
INTERNATIONAL BUSINESS §
MACHINES CORPORATION, §
      DEFENDANT. §

## ORDER

**IT IS HEREBY ORDERED** that Defendant IBM's Motion to Redact (Doc. #71) **REFERRED** to United States Magistrate Andrew Austin for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 17th day of May, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE