THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY §<br>    Plaintiff §<br>§<br>v. §<br>§<br>INTERNATIONAL BUSINESS MACHINES §<br>CORPORATION §<br>    Defendant § | CASE NO. 1:18-CV-00443-LY |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE

CAME ON to be heard Plaintiff Jonathan Langley's Motion for Leave to file combined: a) Motion to Compel Production of Documents, b) Motion to Exceed 10 Depositions, c) Motion to Compel and d) Motion to Extend the Discovery Period exceeding page limit. After considering said motion and the response of Plaintiff, if any, the Court is of the opinion that the Motion should be granted.

It is therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff Jonathan Langley's combined a) Motion to Compel Production of Documents, b) Motion to Exceed 10 Depositions, c) Motion to Compel, and d) Motion to Extend the Discovery Period exceeding page limit is GRANTED.

SIGNED this _____ day of _____, 2019.

_____
JUDGE PRESIDING