Exhibits 1 thru Exhibit 16
To be Sealed