FILED

2019 JUL -1 PM 1:01

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JONATHAN LANGLEY §
  Plaintiff §
          §
v. §   CASE NO. 1:18-CV-00443-LY
          §
INTERNATIONAL BUSINESS MACHINES §
CORPORATION §
  Defendant §

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE

  CAME ON to be heard Plaintiff Jonathan Langley's Motion for Leave to file combined: a) Motion to Compel Production of Documents, b) Motion to Exceed 10 Depositions, c) Motion to Compel and d) Motion to Extend the Discovery Period exceeding page limit.  After considering said motion and the response of Plaintiff, if any, the Court is of the opinion that the Motion should be granted.

  It is therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff Jonathan Langley's combined a) Motion to Compel Production of Documents, b) Motion to Exceed 10 Depositions, c) Motion to Compel, and d) Motion to Extend the Discovery Period exceeding page limit is GRANTED.

  SIGNED this 1st day of July, 2019.

_____
JUDGE PRESIDING