IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:18-cv-00443-LY |
| | ) |
| INTERNATIONAL BUSINESS | ) |
| MACHINES CORPORATION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL REQUESTS FOR PRODUCTION AND DEPOSITIONS AND FOR LEAVE TO EXCEED TEN DEPOSITIONS AND TO EXTEND THE DISCOVERY PERIOD**

Before the Court is Plaintiff's Motion to Compel Requests for Production and Depositions and for Leave to Exceed Ten Depositions and to Extend the Discovery Period. Dkt. No. 86. The Court has considered Plaintiff's Motion, Defendant's Response, and any reply thereto and concludes that the Motion shall be **DENIED** in its entirety. Accordingly,

1. Plaintiff's Motion to compel the production of documents is **DENIED**.

2. Plaintiff's Motion to compel depositions is **DENIED**.

3. Plaintiff's Motion for leave to exceed ten depositions is **DENIED**.

4. Plaintiff's Motion to extend the discovery period is **DENIED**.

**IT IS SO ORDERED.**


Dated: _____                        _____
                                                                                                                THE HONORABLE ANDREW AUSTIN
                                                                                                                 UNITED STATES MAGISTRATE JUDGE