IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 JUL -3  AM 10: 34

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
            DEPUTY

| | | |
|---|---|---|
| JONATHAN LANGLEY, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CIVIL NO.  1:18-CV-443-LY |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORPORATION, | § | |
| DEFENDANT. | § | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Requests for Production and Depositions and for Leave to Exceed Ten Depositions and to Extend the Discovery Period filed June 25, 2019 (Doc. #86) is **REFERRED** to United States Magistrate Andrew Austin for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 2nd day of July, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE