THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 JUL 11 PM 2:39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| JONATHAN LANGLEY § | |
| Plaintiff § | |
| § | |
| v. § | CASE NO. 1:18-CV-00443-LY |
| § | |
| INTERNATIONAL BUSINESS MACHINES § | |
| CORPORATION § | |
| Defendant § | |

## ORDER

CAME ON to be considered the Joint Stipulations and Motion for Leave of Plaintiff Jonathan Langley and Defendant International Business Machines Corporation's (IBM) to extend the deadline for Plaintiff Langley's Response to Defendant IBM's Motion to Exclude Expert Report and Testimony of Rhoma Young (Docket No. 89), Plaintiff Langley's Response to Defendant IBM's Motion to Exclude Expert Report and Testimony of Daniel Kuang (Docket No. 93), IBM's Reply to Plaintiff's Responses to subject Motions, and Plaintiff Langley's Reply to Defendant IBM's Opposition to Plaintiff's Motion to Compel Requests for Production and Depositions and for Leave to Exceed Ten Depositions and to Extend the Discovery Period (Docket No. 96). The Court grants the requested leave to extend such deadlines as follows.

It is therefore, ORDERED, ADJUDGED, AND DECREED that the deadline for Plaintiff Langley to respond to Defendant IBM's Motion to Exclude Expert Report and Testimony of Rhoma Young (Docket No. 89) shall be Friday, July 12, 2019.

It is therefore, ORDERED, ADJUDGED, AND DECREED that the deadline for Defendant IBM to file a Reply to Plaintiff Langley's expected Response to Defendant IBM's Motion to Exclude Expert Report and Testimony of Rhoma Young (Docket No. 89) shall be Tuesday, July 23, 2019.

It is therefore, ORDERED, ADJUDGED, AND DECREED that the deadline for Plaintiff Langley to respond to Defendant IBM's Motion to Exclude Expert Report and Testimony of Daniel Kuang (Docket No. 93) shall be Friday, July 12, 2019.

It is therefore, ORDERED, ADJUDGED, AND DECREED that the deadline for Defendant IBM to file a Reply to Plaintiff Langley's expected Response to Defendant IBM's Motion to Exclude Expert Report and Testimony of Daniel Kuang (Docket No. 93) shall be Tuesday, July 23, 2019.

It is therefore, ORDERED, ADJUDGED, AND DECREED that the deadline for Plaintiff Langley to submit a Reply brief in response to Defendant IBM's Opposition to Plaintiff's Motion to Compel Requests for Production and Depositions and for Leave to Exceed Ten Depositions and to Extend the Discovery Period (Docket No. 96) shall be Friday, July 12, 2019.

SIGNED this 11th day of July, 2019.

_____
JUDGE PRESIDING