THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN LANGLEY<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CASE NO. 1:18-CV-00443-LY |
| | § | |
| INTERNATIONAL BUSINESS MACHINES<br>CORPORATION<br>    Defendant | §<br>§<br>§<br>§ | |

### **ORDER**

Before the Court are: Plaintiff's Motion to Compel Requests for Production and Depositions and For Leave to Exceed Ten Depositions and to Extend the Discovery Period (Docket No. 86) and all related responses and replies.

Having reviewed the Motion and Responses, the Court ORDERS the parties to appear before the undersigned at the United States Courthouse located at 501 West 5th Street, Austin, Texas, for a hearing on the above-mentioned motion on _____ at \_\_\_\_\_a.m./p.m.

SIGNED this _____day of July, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE