THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN LANGLEY § | | |
| Plaintiff § | | |
| § | | |
| v. § | CASE NO. 1:18-CV-00443-LY | |
| § | | |
| INTERNATIONAL BUSINESS MACHINES § | | |
| CORPORATION § | | |
| Defendant § | | |

**PLAINTIFF'S ADVISORY TO THE COURT REGARDING MOTION TO SET
HEARING ON PLAINTIFF'S MOTION TO COMPEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Please be advised that Counsel for Defendant International Business Machines Corporation (IBM) has notified Plaintiff via email this afternoon that Defendant is unopposed to the filing of Plaintiff's Motion to Set Hearing (Docket No. 127) on Plaintiff's Motion to Compel Requests for Production and Depositions and For Leave to Exceed Ten Depositions and to Extend the Discovery Period (Docket No. 86).

Respectfully submitted,

_____
Heidi A. Coughlin
State Bar No. 24059615
Archie Carl Pierce
State Bar No. 15991500
Blair J. Leake
State Bar No. 24081630
Brantley Ross Pringle, Jr.
State Bar No. 16330001
WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)
HCoughlin@w-g.com
CPierce@w-g.com
BLeake@w-g.com
RPringle@w-g.com

*Attorneys for Plaintiff*
*Jonathan Langley*

CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2019, I electronically filed the foregoing ADVISORY TO THE COURT with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Court and Defendant's counsel.

_____
Heidi A. Coughlin