THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN LANGLEY | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 1:18-CV-00443-LY |
| | § | |
| INTERNATIONAL BUSINESS MACHINES | § | |
| CORPORATION | § | |
| Defendant | § | |

## ORDER GRANTING PLAINTIFF'S
## MOTION TO FILE EXHIBITS UNDER SEAL

CAME ON to be heard Plaintiff Jonathan Langley's Motion to File Exhibits Under Seal at request of Defendant International Business Machines Corporation and in accordance with the Confidentiality and Protective Order herein. After considering said Motion and the response of Defendant, if any, the Court is of the opinion that the Motion should be granted.

It is therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff Jonathan Langley's Motion is GRANTED and Exhibits 1-A, 1-B, 1-C and 1-D to Plaintiff's Response to Defendant IBM's Motion to Exclude Report and Testimony of Rhoma Young (Docket No. 110 ) shall be filed under seal.

SIGNED this 15th day of July, 2019.

_____
JUDGE PRESIDING