IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL BUSINESS ) <br> MACHINES CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:18-cv-00443-LY |

ORDER GRANTING
DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S
UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL

Before the Court is Defendant International Business Machines Corporation's Unopposed Motion to File Exhibits Under Seal (Doc. #123). The Court has considered Defendant's Motion and finds that it should be **GRANTED**. Accordingly, it is hereby **ORDERED** that the exhibits to the Declaration of Kimberly Overbay shall be kept under seal.

**IT IS SO ORDERED.**

Dated: July 16, 2019

THE HONORABLE ANDREW AUSTIN
UNITED STATES MAGISTRATE JUDGE