FILED
2019 JUL 17 PM 2:42
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-00443-LY |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING
DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S
<u>MOTION TO FILE EXHIBIT UNDER SEAL</u>**

Before the Court is Defendant International Business Machines Corporation's Motion to File Exhibit Under Seal (Doc. #124). The Court has considered Defendant's Motion and finds that it should be **GRANTED**. Accordingly, it is hereby **ORDERED** that the exhibit to the Declaration of Liezl Hughson shall be kept under seal.

**IT IS SO ORDERED.**

Dated: July 16, 2019

_____
THE HONORABLE ANDREW AUSTIN
UNITED STATES MAGISTRATE JUDGE