IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY, § | |
| § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Case No. 1:18-cv-00443-LY |
| § | |
| INTERNATIONAL BUSINESS § | |
| MACHINES CORPORATION, § | |
| § | |
| Defendant § | |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now Shannon H. Ratliff of the law firm of Davis, Gerald & Cremer and gives notice of his appearance as additional counsel for Defendant International Business Machines Corporation.

WHEREFORE, PREMISES CONSIDERED, the undersigned requests that all parties take notice of the appearance of the above-named attorney as additional counsel for Defendant.

Respectfully submitted,

**DAVIS, GERALD & CREMER**
**Professional Corporation**
300 W. 6th Street, Suite 1830
Austin, TX   78701
(512) 493-9600
Fax: (512) 493-9625


By: */s/ Shannon H. Ratliff*
Shannon H. Ratliff
State Bar No. 16573000
shratliff@dgclaw.com


**ATTORNEYS FOR DEFENDANT**
**INTERNATIONAL BUSINESS**
**MACHINES CORPORATION**


## CERTIFICATE OF SERVICE

I certify that on this 22nd day of July 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Court and Langley's counsel.

 */s/ Shannon H. Ratliff*
Shannon H. Ratliff