THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN LANGLEY § | | |
|     Plaintiff § | | |
| § | | |
| v. § | | CASE NO. 1:18-CV-00443-LY |
| § | | |
| INTERNATIONAL BUSINESS MACHINES § | | |
| CORPORATION § | | |
|     Defendant § | | |

**JOINT STIPULATIONS AND MOTION FOR LEAVE**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

The parties in this action, Plaintiff Jonathan Langley ("Langley") and Defendant International Business Machines Corporation ("IBM"), through their respective counsel submit the following joint stipulation and motion for leave in connection Plaintiffs Response to IBM's Motion to Strike Supplemental Report of Daniel Kuang (Docket No. 140).

II.

The parties, having conferred and hereby jointly agree to extend the deadline for Plaintiff Langley to submit a Response to Defendant IBM's Motion to Strike Supplemental Report of Daniel Kuang (Docket No. 140) to Tuesday, August 6, 2019.

**Prayer For Relief**

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request leave of this Court to extend the deadline to respond to Defendant IBM's Motion to Strike Supplemental Report of Daniel Kuang (Docket No. 140) to Tuesday, August 6, 2019, and for all further relief to which they may justly be entitled.

Dated: July 30, 2019                                              Respectfully submitted,

 

_____
Heidi A. Coughlin
State Bar No. 24059615
Archie Carl Pierce
State Bar No. 15991500
Blair J. Leake
State Bar No. 24081630
Brantley Ross Pringle, Jr.
State Bar No. 16330001
WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)
HCoughlin@w-g.com
CPierce@w-g.com
BLeake@w-g.com
RPringle@w-g.com

*Attorneys for Plaintiff*
*Jonathan Langley*

2

Dated: July 30, 2019 **JONES DAY**

By: ___/s/ *Joanne Bush*_____
    Joanne Bush
    jrbush@jonesday.com
    JONES DAY
    717 Texas Ave., #3300
    Houston, TX   77002

    Matthew W. Lampe*
    JONES DAY
    250 Vesey Street
    New York, NY   10281
    212-326-7838
    212-755-7306 – fax
    mwlampe@JonesDay.com
    *Admitted Pro Hac Vice

    Alison B. Marshall*
    JONES DAY
    51 Louisiana Ave., N.W.
    Washington, DC   20001
    202-879-7611
    202-626-1700 – fax
    abmarshall@jonesday.com
    *Admitted Pro Hac Vice

    Brian M. Jorgensen
    Texas Bar No. 24012930
    JONES DAY
    2727 North Harwood Street
    Dallas, TX   75204
    214-969-3741
    214-969-5100 – fax
    bmjorgensen@jonesday.com

    **ATTORNEYS FOR DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION**

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing Joint Stipulation with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Court and all counsel of record.

_____
Heidi A. Coughlin