THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY §<br>    Plaintiff §<br> §<br>v. §<br> §<br>INTERNATIONAL BUSINESS MACHINES §<br>CORPORATION §<br>    Defendant § | CASE NO. 1:18-CV-00443-LY |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A CORRECTED RESPONSE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Jonathan Langley, Plaintiff herein, and files this Motion for Leave to file a Corrected Response (Docket No. 150) to Defendant International Business Machines Corporation's (IBM) Motion for Summary Judgment (Docket No. 126), and would show the Court as follows:

I

In reviewing his response to Defendant's Motion for Summary Judgment, Plaintiff has identified the following clerical errors in his summary judgment proof and respectfully requests leave to correct the summary judgment record in these particulars:

| FN No. | ORIGINAL | CORRECTION |
|---|---|---|
| 1 | Def. Mot. For Summary Judgment, Dkt. No. 93 | Def. Mot. For Summary Judgment, Dkt. No. 126 |
| 7 | Ex. 1, Evidence Qualified for other jobs | Ex. 1 at 256 – 257, 284-285, 1513, 1526, 3308; *see also* Dkt. No. 126-15, Declaration of Carey Samson |
| 9 | Ex. 1, Email correspondence regarding Langley's Termination at IBML_1505, 1621A, 3308 | Ex. 1 at IBML 1505, 1621A, 3308, 284; Langley-IBM 573-574 **[IBML 284 and Langley-IBM 573-574 included in Ex. 1 and pin cites added to this footnote]** |

| 10 | Ex. A, Jonathan Langley Affidavit at __. | *See* Ex. A |
|---|---|---|
| 19 | Ex. 7 | Ex. 7 at Langley-IBM 279 |
| 20 | *Id*. [Ex. 7] | Ex. 7 at Langley-IBM 275-276 |
| 21 | *Id*. [Ex. 7] | Ex. 7 at Langley-IBM 116-117, 295-298 **[page 295-298 referenced in motion not previously attached]** |
| 22 | *Id*. [Ex. 7] at 295-298 | Ex. 7 at Langley-IBM 295-298 **[page 295-298 referenced in motion not previously attached]** |
| 23 | Ex, 8 at p. 3, Alan Wild Dep. Tr. at 148:21-22 | Ex. 8 at p. 3; *see also* Ex. 5 at 148:16-149:2 |
| 30 | Ex. 8 at p. 2 | Ex. 8 at 2-3 |
| 32 | *Id*. [Wild Dep. Tr.] at 5:6-11 | CITE & SINGLE QUOTATION MARK DELETED  **[Plaintiff intended this to be a deduction and citation was inadvertently added]** |
| 33 | Ex. 11 | Ex. 11 at 144:5-145:7; *see also* Ex. 5 at 126:18-128:8 |
| 34 | Ex. 4 at IBML-2568, 2563, 2447, 2559, 2452, 3243, 3096 | Ex. 4 at IBML-2568, 2563, 2447, 2559, 2452, 3096 **[2568, 2563, 2452, 3096 referenced in motion were not previously attached]**; *see also* Ex. 10 at 3243 |
| 35 | See generally Id. at IBML-2367, 2368, 2449, 2454, 3091, 3094, 2500, 2501, 2505 | See generally Id. at IBML-2367, 2368, 2449, 2454, 3091, 3094, 2500, 2501, 2505 **[page 2501 referenced in motion not previously attached]** |
| 41 | Ex. 14 | Ex. 14A |
| 42 | Ex. 14b CLDR | Ex. 14B |
| 69 | Ex. 1 at 1509 | Ex. 1 at 1505-1509 |
| 77 | Ex. 14; Ex. 24 | Ex. 14 at 1524, 3373, 1443_A; *see also* Ex. 13 at 70:17-25 |
| 82 | Ex. 19, Overbay affidavit at 4 | CITE DELETED |
| 83 | Ex. 19 | Ex. 21, attachment to email 1690A |

| | | |
|---|---|---|
| 103 | Ex. 14, Ex. 24 | Ex. 14 at 170:17-25; 1524, 1443_A |
| 104 | Ex. 5 | Ex. 5 at 230:11-234:11 |
| 105 | Ex. 14, Ex. 24 | Ex. 14 at 3373, 1443_A; *see also* Ex. 24 at 1339 |
| 106 | Ex. 22 at IBML-001251 | Ex. 22 at IBML 1242-1243 |
| 107 | Ex. 22 at IBML 1249-1250 | *Id.* |
| 110 | Id. IBML-001251 | Ex. 22 at IBML-1251 |
| 111 | Id. IBML-001251 | *Id.* |
| 112 | Ex. 27 | Ex. 21 at 1690A (Brown Tab) |
| 113 | Id. [Ex. 27] | Ex. 27; Ex. 21 at 1690A (Brown Tab) |
| 119 | Id. [Ex. 26] Cowley depo, pg. 183:16-19 | *See generally* Ex. 23; *see also* Ex. 26 at 256:25-257:9 |
| 120 | Ex. 23 | Ex. 23 at 1 – 2 |
| 121 | Id. [Ex. 23] | Ex. 23 at 8 – 44 |
| 122 | Id. [Ex. 23] | Ex. 23 at 10 – 44 |
| 123 | Id. [Ex. 23] | Ex. 23 at 3 – 6 |
| 125 | Ex. 26, Cowley depo. Pg. 254:25; 257:1-8 | Ex. 26 at 254:25 – 257:8 |
| 126 | *See* D. Kuang 7/12/19 Supp. Rep. at 10-12, 16-21 | *See* Dkt. No 138, Ex. 2 (7/12/19 Kuang Supplemental Report) at 10-12, 16-21 **[*Id.* citations in footnotes 127-131 are referencing this document]** |
| 136 | *See* D. Kuang 7/12/19 Supp. Rep. at 16-20 ("Drawing conclusions from unreliable data can lead to incorrect conclusions that scientists refer to as "false negative" – improperly concluding that there is no significant effect, when in reality the effect exists . . . In the present | *See* Dkt. No 138, Ex. 2 (7/12/19 Kuang Supplemental Report) at 16-20 ("Drawing conclusions from unreliable data can lead to incorrect conclusions that scientists refer to as "false negative" – improperly concluding that there is no significant effect, when in reality the effect exists . . . In the present matter, the data, especially for Bands 7, 8, and 9, falls short.") |

| | | |
|---|---|---|
| | matter, the data, especially for Bands 7, 8, and 9, falls short.") | |
| 137 | *Id*. | *Id*. [references Dkt. No 138, Ex. 2 (7/12/19 Kuang Supplemental Report)] |
| 141 | See D. Kuang 7/12/19 Supp. Rep. at 16-20 | Dkt. No 138, Ex. 2 (7/12/19 Kuang Supplemental Report) at 16-20  [*Id.* **citations in footnotes 142-147 are referencing this document**] |
| 150 | Langley incorporates Rhoma Young's Expert Report and Supplemental Declaration herein for all purposes | Langley incorporates Rhoma Young's Expert Report (Dkt. No. 89, Ex. A (Young Expert Report)) and Supplemental Declaration (Dkt. No. 110-1) herein for all purposes |
| 152 | Declaration of Rhoma Young at 5-6 | Young's Supplemental Declaration (Dkt. No. 110-1) at 5-6 [*Id.* **citations in footnotes 153-164 are referencing this document**] |

II.

Plaintiff further requests the Court to remove the original Response to IBM's Motion for Summary Judgment (Docket No. 150) from the ability to view or download from Pacer.

**Prayer For Relief**

Wherefore, Plaintiff respectfully requests the court grant leave to file a Corrected Response to IBM's Motion for Summary Judgment and to remove Docket No. 150 from Pacer.

Dated: July 31, 2019

                                            Respectfully submitted,

                                            */s/ signature*

                                            Heidi A. Coughlin
                                            State Bar No. 24059615
                                            Archie Carl Pierce
                                            State Bar No. 15991500
                                            Blair J. Leake
                                            State Bar No. 24081630
                                            Brantley Ross Pringle, Jr.
                                            State Bar No. 16330001
                                            WRIGHT & GREENHILL, P.C.
                                            900 Congress Avenue, Suite 500
                                            Austin, Texas 78701
                                            512/476-4600
                                            512/476-5382 (Fax)
                                            HCoughlin@w-g.com
                                            CPierce@w-g.com
                                            BLeake@w-g.com
                                            RPringle@w-g.com

                                            **ATTORNEYS FOR PLAINTIFF**
                                            **JONATHAN LANGLEY**

CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has complied with the Court's meet and confer requirement. On July 31, 2019, Plaintiff's counsel conferred via email with IBM's counsel about Plaintiff's motion for leave. Defendant's counsel has not agreed.

_____
Heidi A. Coughlin

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing Motion for Leave to File a Corrected Response to IBM's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Court and all counsel of record.

_____
Heidi A. Coughlin