FILED

2019 AUG -2  PM 4: 43

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY §<br>    Plaintiff §<br>§<br>v. §<br>§<br>INTERNATIONAL BUSINESS MACHINES §<br>CORPORATION §<br>    Defendant § | CASE NO. 1:18-CV-00443-LY |

## ORDER

CAME ON to be considered the Joint Stipulation and Motion for Leave of Plaintiff Jonathan Langley and Defendant International Business Machines Corporation's (IBM) to extend the deadline for Plaintiff Langley's Response to Defendant IBM's Motion to Strike Supplemental Report of Daniel Kuang (Docket No. 140) to Tuesday, August 6, 2019. The Court grants the requested leave to extend such deadlines as follows.

It is further, ORDERED, ADJUDGED, AND DECREED that the deadline for Plaintiff Langley to file a Response Defendant IBM's Motion to Strike Supplemental Report of Daniel Kuang (Docket No. 140) shall be Tuesday, August 6, 2019.

SIGNED this _2nd_ day of _August_, 2019.

_____
JUDGE PRESIDING