FILED
2019 AUG 14 AM 10: 20
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JONATHAN LANGLEY,         )
                          )
    Plaintiff,            )
                          )
v.                        )   Case No. 1:18-cv-00443-LY
                          )
INTERNATIONAL BUSINESS    )
MACHINES CORPORATION,     )
                          )
    Defendant.            )
                          )

] ORDER GRANTING DEFENDANT IBM'S
UNOPPOSED MOTION TO FILE EXHIBIT UNDER SEAL

Before the Court is Defendant International Business Machines Corporation's Unopposed Motion to File Exhibit Under Seal. (Dkt. 169.) The Court has considered Defendant's Motion and finds that it should be **GRANTED**. Accordingly, it is hereby **ORDERED** that Exhibit G to the Declaration of Matthew W. Lampe shall be kept under seal.

**IT IS SO ORDERED.**

Dated: August 14, 2019.

_____
THE HONORABLE LEE YEAKEL
U.S. DISTRICT COURT JUDGE