THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN LANGLEY<br>　　Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION<br>　　Defendant | §<br>§<br>§<br>§ 　CASE NO. 1:18-CV-00443-DAE<br>§<br>§<br>§<br>§ |

## ORDER

CAME ON to be considered the Joint Stipulation of Plaintiff Jonathan Langley and Defendant International Business Machines Corporation's (IBM) to extend the deadline for Plaintiff's Response to IBM's Objection (Dkt. 206) to Report and Recommendation of the United States District Magistrate Judge (Dkt. 201) and for Defendant IBM's reply thereto.

It is therefore, ORDERED, ADJUDGED, AND DECREED that Plaintiff Langley's deadline to submit a response to IBM's Objection to Report and Recommendation of the United States District Magistrate Judge is extended to January 31, 2020 and Defendant's deadline to reply thereto is extended to February 14, 2020.

SIGNED this 23rd day of January, 2020.

_____
JUDGE PRESIDING