# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JONATHAN LANGLEY** | § | |
| | § | |
| **VS.** | § | **NO. A-18-CV-443-DAE** |
| | § | |
| **INTERNATIONAL BUSINESS** | § | |
| **MACHINES CORPORATION** | § | |

## ORDER

Before the Court is the above-entitled cause of action. **IT IS ORDERED** that this case is no longer referred to the undersigned and **RETURNED** to the docket of the Honorable David Ezra.

SIGNED this 4th day of February, 2020.

_____

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE