**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JONATHAN LANGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00443-DAE |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ACTION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jonathan Langley ("Langley") and Defendant International Business Machines Corporation ("IBM") stipulate as follows:

1.  The above-captioned action shall be dismissed in its entirety with prejudice;

2.  Each party waives any and all rights to appeal; and

3.  Each party shall bear their own attorneys' fees and costs incurred in connection with or as a result of this action.

1

Dated: ___March 24th___, 2020

Respectfully submitted,

_(signature)_

Heidi Coughlin
(Texas Bar No. 24059615)
Archie Carl Pierce
(Texas Bar No. 15991500)
Blair Leake
(Texas Bar No. 24081630)
WRIGHT & GREENHILL, P.C.
900 Congress Ave.
Suite 500
Austin, TX 78701
Phone: (512) 961-4389
Fax: (512) 476-5382

*Attorneys for Plaintiff*
*Jonathan Langley*

Dated: April 14, 2020

Respectfully submitted,

Alison B. Marshall*
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Phone: (202) 879-7611
Fax: (202) 626-1700
abmarshall@jonesday.com
*Admitted Pro Hac Vice

Matthew W. Lampe*
Kristina A. Yost*
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-7838
Fax: (212) 755-7306
mwlampe@jonesday.com
kyost@jonesday.com
*Admitted Pro Hac Vice

Brian M. Jorgensen
(Texas Bar No. 24012930)
JONES DAY
2727 North Harwood St.
Dallas, TX 75204
Phone: (214) 969-3741
Fax: (214) 969-5100
bmjorgensen@jonesday.com

Joanne R. Bush
(Texas Bar No. 24064983)
JONES DAY
717 Texas
Suite 3300
Houston, TX 77002
Phone: (832) 239-3782
Fax: (832) 239-3600
jrbush@jonesday.com

3

Shannon H. Ratliff
(Texas Bar No. 16573000)
Davis, Gerald, & Cremer, P.C.
300 West 6th Street
Suite 1830
Austin, TX 78701
Phone: (512) 493-9601
shratliff@dgclaw.com

R. Paul Yetter
(Texas Bar No. 22154200)
Tracy N. LeRoy
(Texas Bar No. 24062847)
Yetter Coleman LLP
811 Main Street
Suite 4100
Houston, TX 77002
Phone: (713) 632-8000
pyetter@yettercoleman.com
tleroy@yettercoleman.com

*Attorneys for Defendant*
*International Business Machines Corporation*