UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Jonathan Langley § § | |
| vs. § | NO:  AU:18-CV-00443-DAE |
| § § | |
| International Business Machines Corporation § | |

### ORDER CLOSING CASE

On April 14, 2020, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 219). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

SIGNED on April 15, 2020.

DAVID A. EZRA
UNITED STATES DISTRICT JUDGE